UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH RUMBLE,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN COLVIN,<br><br>    Defendant. | Case No. 13-cv-02157-WHO<br><br>**ORDER LIFTING STAY AND SETTING SCHEDULE** |

On October 3, 2013, the Court STAYED proceedings in this action, until Congress restored appropriations to the Department of Justice and the federal Defendant. Docket No. 15. The appropriations having been restored, the stay in this case is HEREBY LIFTED. Defendant's opposition to plaintiff's motion for summary judgment is due November 4, 2013, and any reply is due on November 12, 2013.

**IT IS SO ORDERED**.

Dated: October 21, 2013



WILLIAM H. ORRICK
United States District Judge